# Third District Court of Appeal

## State of Florida

Opinion filed December 14, 2022.

_____

Nos. 3D22-1221 & 3D22-1365
Lower Tribunal No. 17-15268

_____

**L.G., the Mother,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

Appeals from the Circuit Court for Miami-Dade County, Jason E. Dimitris, Judge.

Thomas Butler, P.A., and Thomas J. Butler, for appellant.

Karla Perkins, for appellee Department of Children & Families; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals (Tallahassee), for appellee Guardian ad Litem.

Before EMAS, LINDSEY and GORDO, JJ.

GORDO, J.

## ON CONCESSION OF ERROR

The Department of Children and Families' concedes the trial court failed to address the requisite statutory factors in its determination of indigent status of the Mother.[1] Without the trial court's written consideration of the factors pursuant to section 27.52(4), Florida Statutes, this Court cannot properly conduct appellate review of the order on appeal.

Reversed and remanded.

---

[1] We express no opinion as to the trial court's final determination.